```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

                      Defendant.

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The following bail conditions are imposed for Defendant Latesha Mills:

1. $50,000 personal recognizance bond, secured by 2 financially responsible co-signers
2. Travel restricted to SDNY/EDNY;
3. Surrender travel documents and no new applications;
4. Defendant not to possess the personal identifying information or access devices of others;
5. Pretrial supervision as directed by Pretrial;
6. Drug testing and treatment, if and to the extent recommended by Pretrial;
7. Mental health treatment and evaluation, if and to the extent recommended by Pretrial; and
8. Defendant released on her own signature, with 2 weeks to meet the other conditions (i.e., the bond).

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge