**Myers & Galiardo, LLP**

Chrysler Building
405 Lexington Ave. 64th Fl.
New York, NY 10174

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2020

**BY ECF**

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

June 22, 2020

**US v. Latesha Mills S1 19 Cr 678 (AT)**

Your Honor:

    I write on behalf of my client Latesha Mills who requests permission to travel from July 1, 2020 through July 6, 2020. The purpose of travel is to take her two children and significant other on a family vacation for 5 days in Stone Mountain, Georgia.

    Neither AUSA Alexander Li nor Pre Trial Service Officer Cunningham have any objection to the travel request.

Respectfully,

/s/Matthew D. Myers
Counsel for Latesha Mills

GRANTED.

SO ORDERED.

Dated: June 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge