**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2020**

**Myers & Galiardo, LLP**

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

Fax: 212-986-6250

**BY ECF**

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

June 26, 2020

**US v. Latesha Mills S1 19 Cr 678 (AT)**

Your Honor:

    First and foremost I hope all parties are doing well through this very trying time in our nation's history.

    I write on behalf of my client Latesha Mills who requests that her sentencing, slated for July 8, 2020, be adjourned for at least 30 days to see if we have moved to a different Phase under the pandemic openings.  I understand the CARES Act requires a special finding by the Court should a request to actually go forward with the sentencing be made.  In unique circumstances the sentencing should not be delayed if serious harm to the interest of justice would occur.  Ms. Mills is not incarcerated nor are there any unique reasons we should not adjourn.  Additionally, my client wishes to be physically present at her sentencing.

    I ask that the sentencing be adjourned for at least 30 days to see if the courts have opened up for personal appearances.  I will add that my sentencing memo is completed and can be filed at any time so at the very least we have completed certain task within our case, otherwise, I will assume my brief would be filed a week before the next sentencing date.

    I have conferred with the Government and they have no objection to the adjournment.

GRANTED.  The sentencing set for July 8, 2020 is ADJOURNED to **August 26, 2020**, at **12:00 p.m.**  Defendant's sentencing submission is due two weeks prior to sentencing, and the Government's submission is due one week prior to sentencing.  The parties may seek an additional adjournment if circumstances do not permit an in-person sentencing.

SO ORDERED.

Dated: June 26, 2020
New York, New York

**ANALISA TORRES
United States District Judge**