```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

LATESHA MILLS,

       Defendant.

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the sentencing scheduled for August 26, 2020 is ADJOURNED to **January 18, 2021**, at **2:00 pm**. By **January 4, 2021**, Defendant may file an updated sentencing submission. By **January 11, 2021**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge