

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020

BY ECF:
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

September 14, 2020

**US v. Latesha Mills S1 19 Cr 678 (AT)**

Hon. Annalisa Torres,

I write on behalf of my client Latesha Mills who requests permission to travel from October 22-October 29, 2020 in the St. Martin, Virgin Islands. The defendant's mother will accompany her on the trip.

Neither AUSA Alexander Li nor Pre Trial Service Officer Cunningham have any objection to the travel request.

Respectfully,

/s/Matthew D. Myers
Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated: September 15, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

N • Y • C