

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 1000...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/6/2020
```

BY ECF:
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

October 5, 2020

### US v. Latesha Mills S1 19 Cr 678 (AT)

Hon. Annalisa Torres,

I write on behalf of my client Latesha Mills who requests permission to travel from October 22-October 29, 2020 to the State of Texas. In a previous letter we ask permission (and permission was granted) to travel to St. Martin, Virgin Islands, however all hotels are seemingly closed in that region. The defendant's mother will accompany her on the trip to Texas and the exact address and flight number will be provided to pre-trial services.

Neither AUSA Alexander Li nor Pre Trial Service Officer Cunningham had any objections to the travel request to the Virgin Islands.

Additionally, as a matter of clarification the defendant did submit her US Passport as requested to do so by pre trial services. In light of the fact the defendant does not need her passport to travel to Texas the passport was surrendered on October 5, 2020 as requested.

Respectfully,

/s/Matthew D. Myers
Attorney for Latesha Mills

**GRANTED.**

**SO ORDERED.**

Dated: October 6, 2020
New York, New York

_____
**ANALISA TORRES**
**United States District Judge**