

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/8/2021_

U.S. Depar...

United Stat...
Southern D...

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 7, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States** v. **Latesha Mills**, 19 Cr. 678 (AT)

Dear Judge Torres:

  The Government writes, with the consent of the defendant, to request that the defendant's sentencing scheduled for January 18, 2021, and the associated deadlines for sentencing submissions, be adjourned. The defendant wishes to be sentenced in person. The parties understand, however, that the Court is unable to hold the sentencing in person at this time due to the ongoing COVID-19 pandemic. *See* First Amended Standing Order, M-10-468 (CM) (Jan. 5, 2021) ("All criminal matters, including . . . sentencings, will be conducted remotely, unless (1) the defendants declines to waive the right to be physically present, and (2) the court concludes that the matter cannot be postponed, in conformity with the CARES Act"). The parties are available for sentencing after March 8, 2021 or at such time that the Court anticipates in-person appearances can resume.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney for the
            Southern District of New York

          By: _____
            Alexander Li
            Assistant United States Attorney
            (212) 637-2265

GRANTED. The sentencing scheduled for January 18, 2021, is ADJOURNED to **April 8, 2021**, at **2:00 p.m**. Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

SO ORDERED.

Dated: January 8, 2021
    New York, New York

            _____
            ANALISA TORRES
            United States District Judge