UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for June 30, 2021, at 2:00 p.m. shall take place in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: June 29, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge