USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

                Defendant.

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for June 30, 2021, at 2:00 p.m. shall take place in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Courtroom 15D cannot accommodate more than 10 spectators. Any additional spectators shall view the proceeding from **Courtroom 20B**, which has been designated as an overflow room.

    SO ORDERED.

Dated: June 30, 2021
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge