

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-9...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/17/2021
```

BY ECF:
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

August 10, 2021

**US v. Latesha Mills S1 19 Cr 678 (AT)**

Hon. Annalisa Torres,

    I write on behalf of my client Latesha Mills who hereby asks blanket permission to travel without having to request judicial permission each and every time she is to travel outside the jurisdiction.  Her probation officer has instructed the defendant that only the Court can change the travel permission restriction implemented since her arraignment several years ago that requires judicial permission.  Although this Court did not specifically address such a condition at sentencing it remains probation's policy that the restriction stay in place "unless specifically addressed by the Court" to lift the requirement that the Court needs to be notified each and every time the defendant travels.

    Most importantly, if the Court were to eliminate this requirement of judicial notification, the defendant would still be required to notify her probation officer about the specifics of her itinerary each and every time she left the jurisdiction.

> DENIED.  Ms. Mills' conditions of supervised release do not require her to notify the Court each time she travels outside her jurisdiction of residence, so long as she receives permission from her probation officer.  The request is therefore denied as moot.
>
> SO ORDERED.
>
> Dated:  August 17, 2021
>          New York, New York
>
> _____
> ANALISA TORRES
> United States District Judge

N • Y • C