

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 21

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/18/2021__

BY ECF:
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

October 15, 2021

### US v. Latesha Mills S1 19 Cr 678 (AT)

Hon. Annalisa Torres,

    I write on behalf of my client Latesha Mills who was previously sentenced by Your Honor.  She hereby asks permission to travel to Jamaica for her 31st birthday from November 4-8.
    Unfortunately, the post release supervision officer is requiring that Ms. Mills apply for travel permission each time she travels.  Additionally, the officer is claiming that unless Your Honor orders Ms. Mills' passport be returned to the defendant we will have to apply for travel permission each and every time a trip is planned.
    At this time, we simply ask permission to travel for the 4 days to Jamaica. Ms. Mills is in complete compliance with all conditions of her sentence.

GRANTED.

SO ORDERED.

Dated: October 18, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge

N • Y • C