**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

**BY ECF:**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

April 11, 2022

**US v. Latesha Mills S1 19 Cr 678 (AT)**

Hon. Annalisa Torres,

 I write on behalf of my client Latesha Mills who hereby asks the Court for permission to travel to Cancun, Mexico from May 24, 2022 to May 31, 2022 with her fiancé.  Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision.  Ms. Mills is gainfully employed and is slated to start a second job on June 1, 2022 as a restaurant manager. Additionally, she is up to date on her monthly restitution payments.

 Her supervision officer takes no position on the request.

GRANTED.

SO ORDERED.

Dated: April 13, 2022
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge