

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2022
```

**BY ECF:**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

October 26, 2022

### US v. Latesha Mills S1 19 Cr 678 (AT)

Your Honor:

I write on behalf of my client Latesha Mills who asked the Court several weeks ago for travel permission from October 23, 2022 to October 27, 2022 to Ocho Rios, Jamaica. Unfortunately because of flight related issues, Ms. Mills was not able to make those travel dates work. We now make a similar request to travel instead from November 11, 2022 through November 17, 2022 to the same location.

Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision. Ms. Mills is gainfully employed. Additionally, she is up to date on her monthly restitution payments.

Her supervision officer takes no position on the request.

Respectfully,

/s/Matthew D. Myers
Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated: October 28, 2022
       New York, New York

ANALISA TORRES
United States District Judge