

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

January 28, 2023

US v. Latesha Mills S1 19 Cr 678 (AT)

Your Honor:

I write on behalf of my client Latesha Mills who asked the Court for travel permission from February 4, 2023 through February 9, 2023 to Punta Cana, Dominican Republic with her family.

Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision. Ms. Mills is gainfully employed. Additionally, she is up to date on her monthly restitution payments.

Her supervision officer takes no position on the request.

Respectfully,
/s/ Matthew D. Myers
Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated: January 31, 2023
New York, New York

ANALISA TORRES
United States District Judge