

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/26/2023

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

April 25, 2023

<u>US v. Latesha Mills S1 19 Cr 678 (AT)</u>

Your Honor:

    I write on behalf of my client Latesha Mills who asks this Court for travel permission from May 23, 2023 to May 30, 2023 to Cancun, Mexico with her fiancé.

    Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision.  Ms. Mills is gainfully employed.  Additionally, she is up to date on her monthly restitution payments.

    Her supervision officer takes no position on the request.

Respectfully,
/s/ Matthew D. Myers
Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated: April 26, 2023
      New York, New York

ANALISA TORRES
United States District Judge