UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2023

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 6, 2023, Defendant, Latesha Mills, moved for early termination of supervised release.  ECF No. 110.  By **July 21, 2023**, the Government shall respond to Defendant's motion.

      SO ORDERED.

Dated: July 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge