**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023
```

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

July 14, 2023

<u>US v. Latesha Mills S1 19 Cr 678 (AT)</u>

Your Honor:

    I write on behalf of my client Latesha Mills who asks this Court for travel permission from August 15, 2023 to August 22, 2023 to Montego Bay, Jamaica with her mother.

    Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision.  Ms. Mills is gainfully employed.   Additionally, she is up to date on her monthly restitution payments.

    Her supervision officer has no objection to the travel request.  The Government "defers to probation" for the request.

    Respectfully,
    /s/ Matthew D. Myers
    Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated:  July 19, 2023
    New York, New York

ANALISA TORRES
United States District Judge