**M&G**

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  12/06/2023

Hon. Analisa Torres                                          December 4, 2023
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

<u>US v. Latesha Mills S1 19 Cr 678 (AT)</u>

Your Honor:

I write on behalf of my client Latesha Mills who asks this Court for travel permission from December 7, 2023 to December 12th, 2023 to Punta Cana, Dominican with her mother.

Ms. Mills is in complete compliance with the conditions of supervision which is categorized as "low intensity" supervision. Ms. Mills is gainfully employed.  Additionally, she is up to date on her monthly restitution payments.

Her supervision officer has no objection to the travel request.  The Government "defers to probation" for the request.

Respectfully,
/s/ Matthew D. Myers
Attorney for Latesha Mills

GRANTED.

SO ORDERED.

Dated: December 6, 2023
         New York New York

**ANALISA TORRES**
**United States District Judge**