```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

                              Defendant.

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 6, 2023, Defendant, Latesha Mills, moved for early termination of supervised release. ECF No. 110. The Government filed its opposition letter on July 21, 2023. ECF No. 114.

      The Court intends to rule on Defendant's motion. If Defendant seeks to reply to the Government's opposition letter, she shall do so by **January 5, 2024**.

      SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                                                  ANALISA TORRES
                                                      United States District Judge