USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LATESHA MILLS,

                     Defendant.

19 Cr. 678-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions dated July 6 and 21, 2023.  *See* ECF Nos. 110, 114.  Defendant requests that the Court terminate her term of supervised release, which is scheduled to end in June 2024.  *See* ECF No. 110.

    After considering the factors in 18 U.S.C. § 3553(a), a court "may . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(l).  "[C]hanged circumstances—for instance, exceptionally good behavior by the defendant" may "[o]ccasionally" warrant the early termination of supervised release.  *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997).  But, "[a] defendant's faithful compliance with the terms of [her] supervision does not, by itself, entitle [her] to modification or termination of [her] term of supervised release."  *United States v. Bouchareb*, 76 F. Supp. 3d 478, 479 (S.D.N.Y. 2014) (citation omitted).  Instead, a defendant must demonstrate "extraordinary conduct or unforeseen harsh circumstances that warrant early termination."  *United States v. Hines*, No. 15 Cr. 98, 2019 WL 4221491, at *1 (S.D.N.Y. Sept. 5, 2019).  Here, although Defendant has complied with the terms of her supervision, the Court does not find that she has demonstrated "exceptionally good behavior" or "unforeseen harsh circumstances" such that the Court should terminate her term of supervised release.

    Accordingly, Defendant's motion is DENIED.  The Clerk of Court is directed to terminate the motion at ECF No. 110.

    SO ORDERED.

Dated: February 1, 2024
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge